UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS MERCEDES,
                    Plaintiff,

        -v-

THE MARIACHI CONNECTION, INC.,
                    Defendant.

23-CV-7708 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant was served on September 11, 2023. (*See* ECF No. 5.) However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time.

On October 9, 2023, Plaintiff filed a Proposed Clerk's Certificate of Default. (*See* ECF No. 6.) The Clerk issued a Certificate of Default on October 10, 2023. (*See* ECF No. 8.) To date, Plaintiff has not filed a motion for default judgment. Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

If Plaintiff fails by December 15, 2023, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: November 30, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge